

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Leavelle Franklin, Appellant

No. 06-14-00047-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13F1054-102). Memorandum Opinion delivered by Justice Carter,* Chief Justice Morriss, and Justice Moseley participating. *Justice Carter, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Leavelle Franklin, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 10, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk